FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

2002 JUL 23  A II: 38

HEALTHSOUTH HOLDINGS, INC.,          *

      Plaintiff,          *

    v.          *     Civil Action No. L-02-2363

CARROLL COUNTY MED SERVICES, INC.,   *
et al.,
                                     *

      Defendants.

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

*     *     *     *     *     *     *     *     *     *     *     *     *

## TEMPORARY RESTRAINING ORDER

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, upon the application of the Plaintiff by means of a Verified Complaint that demonstrates that immediate and irreparable injury, loss, or damage will result to Plaintiff before the Defendants, Gary Katz and Rehab Management Services, L.L.C., can be heard in opposition, and upon the certification, in writing, by Plaintiff's attorney of reasonable efforts to give notice to defense counsel and these Defendants (including hand-delivering a copy of the Verified Complaint, the Motion for Temporary Restraining Order and a Preliminary Injunction, the Memorandum in support thereof, and the proposed Temporary Restraining Order to Defendants' attorney), it is this 23 day of July, 2002, by the United States District Court for the District of Maryland,

    ORDERED that:

      1.   Defendants Gary Katz and Rehab Management Services,

L.L.C., their agents, representatives, and employees, are hereby
enjoined from operating a medical rehabilitation office in the
South Carroll Medical Office Building located at 1380 Progress
Way, Sykesville, Maryland; *to the extent and for the reasons stated following a hearing in open court on July 17, 2002; CCB*

2.    Plaintiff shall post a bond in the amount of
$ *100,000* with the Clerk of the Court; and

3.    This Order shall expire at noon on July *31st*, 2002
unless extended pursuant to Rule 65.

Catherine C. Blake,
United States District Court Judge