IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HEALTH SOUTH HOLDINGS, INC. :
:
v. : Civil No. L-02-2363
:
CARROLL COUNTY MED SERVICES :
INC., et al. :

### ORDER

On July 23, 2002, the Court held a status conference. As stated at the conference, a preliminary injunction hearing will be held on July 30, 2002, from 4:30-6:30 p.m.

It is so ORDERED this 25TH day of July, 2002.

Benson Everett Legg
United States District Judge

