# Piper Rudnick



6225 Smith Avenue
Baltimore, Maryland 21209-3600
main 410.580.3000 fax 410.580.3001

KURT J. FISCHER
kurt.fischer@piperrudnick.com
direct 410.580.4148 fax 410.580.3794

October 30, 2002

**HAND DELIVERED**

The Honorable Benson Everett Legg
United States District Court
for the District of Maryland
Garmatz Federal Building
101 West Lombard Street
Baltimore, Maryland  21201

    RE:   HealthSouth Holdings, Inc. v. Carroll County Med Services, Inc., et al.,
            Case No. L-02-CV2363

Dear Judge Legg:

This is written respectfully to request that the Court order the deadlines contained in the Scheduling Order issued on October 18, 2002 to be stayed for thirty days. The parties have reached an agreement in principle and are preparing final settlement papers. We request permission to report to Your Honor within 30 days as to the status of the case. Counsel for all parties have asked me to represent that they join in these requests.

[handwritten in margin: By November 25, 2002]

Thank you for your consideration of this matter.

Very truly yours,

*Kurt J. Fischer*

**APPROVED:**

*Benson Legg*
Honorable Benson Everett Legg
Judge, United States District Court
for the District of Maryland
OCTOBER 31, 2002

**Piper Rudnick**

The Honorable Benson Everett Legg
October 30, 2002
Page 2

cc: Dana McKee, Esquire
    Norman Polovoy, Esquire

~BALT1:3629327.v1