# Piper Rudnick

6225 Smith Avenue
Baltimore, Maryland 21209-3600
main 410.580.3000  fax 410.580.3001

KURT J. FISCHER
kurt.fischer@piperrudnick.com
direct 410.580.4148  fax 410.580.3794

November 25, 2002

The Honorable Benson Everett Legg
United States District Court
for the District of Maryland
Garmatz Federal Building
101 West Lombard Street
Baltimore, Maryland  21201

    RE:   HealthSouth Holdings, Inc. v. Carroll County Med Services, Inc., et al.,
            <u>Case No. L-02-CV2363</u>

Dear Judge Legg:

This is written respectfully to inform you of the status of the above-referenced case. As of last Friday, settlement documents had been circulated amongst the parties. Counsel for the respective parties approved the settlement documents. The parties had tentatively approved the settlement documents. The parties intended to have all settlement documents executed by noon today.

This morning, counsel for HealthSouth learned that the officer at HealthSouth who is authorized to approve and execute the settlement documents had concerns regarding certain language in the documents and needed to consult with those in HealthSouth's real estate department. Although a conference call had been scheduled for early this afternoon between counsel for HealthSouth, this officer, and a representative from HealthSouth's real estate department to resolve the officer's concerns, the conference call had to be postponed because of an emergency involving the HealthSouth officer.

We respectfully request that the Court order the deadlines contained in the Scheduling Order issued on October 18, 2002 to be stayed for an additional ten days. We request permission to report to Your Honor within ten days as to the status of the case. Counsel for all parties have asked me to represent that they join in these requests.

APPROVED THIS 26TH DAY OF November 2002

_____
BENSON EVERETT LEGG, U.S.D.J.

Piper Rudnick LLP  •  In Illinois, Piper Rudnick, an Illinois General Partnership

**Piper Rudnick**

The Honorable Benson Everett Legg<br>November 25, 2002<br>Page 2

Thank you for your consideration of this matter.

                          Very truly yours,

                          */s/ Kurt J. Fischer*

**APPROVED**:

_____
Honorable Benson Everett Legg
Judge, United States District Court
for the District of Maryland

cc:    Dana McKee, Esquire
        Norman Polovoy, Esquire

~BALT1:3629327.v2