IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HEALTHSOUTH HOLDINGS, INC.

Plaintiff

v.

CARROLL COUNTY MED SERVICES, INC., et al.

Defendants

Case No. L-02-CV2363

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Healthsouth Holdings, Inc., and Defendants, Carroll County Med Services, Inc., Gary Katz, and Rehab Management, LLC, stipulate to the dismissal of this action with prejudice pursuant to the terms of the Settlement Agreement and Release between the parties.

Respectfully submitted,

_Michelle J. Dickinson_
Kurt J. Fischer
Nicole Lefcourt Campbell
Michelle J. Dickinson

Piper Rudnick LLP
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000

Attorneys for Carroll County Med Services, Inc.

APPROVED THIS 6TH DAY OF January, 2003

_Benson E. Legg_
BENSON EVERETT LEGG, U.S.D.J.

_Dana Whitehead McKee_ (MJO)
―――――――――――――――――――
Dana Whitehead McKee

Brown, Goldstein & Levy, LLP
120 E. Baltimore Street
Ste. 1700
Baltimore, Maryland 21202
(410) 962-1030

Attorneys for Healthsouth Holdings, Inc.

2

_____
Norman Polovoy

Polovoy & Turner, LLC
216 Schilling Circle
Hunt Valley, Maryland 21031-8624
(410) 527-1700

Attorneys for Gary Katz and Rehab
Management Services, LLC

3