THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 OCT -6  P 4:41

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

HEALTHSOUTH HOLDINGS, INC.,         *

    Plaintiff

v                                    *   Civil Action No.: L02-2363

CARROLL COUNTY MED SERVICES, INC
et al.,
                                     *
    Defendants.

\*   \*   \*   \*   \*   \*   \*   \*         \*   \*   \*

## ORDER

Upon consideration of Plaintiff's Motion to Release Bond 103807990, and no opposition thereto, it is this 6 day of October, 2003, by the United States Court for the District of Maryland,

ORDERED that the Motion be and is hereby GRANTED; and it is further

ORDERED that Bond 103807990 be and is hereby released

                                                          /s/
                                    Benson Everett Legg, United
                                    States District Court Judge